J. Edward Caldwell et al. *v.* Thomas J. Meskill et al.

## ORDER

Per Curiam. On motion of the parties to expedite the appeal in this case, it is hereby ordered:

(a) That the record be filed in typewritten form on or before November 10, 1972, and said record shall be filed in printed form as soon thereafter as practicable;

(b) That the plaintiffs be permitted to file a typewritten brief or briefs by November 17, 1972, and printed briefs as soon thereafter as possible;

(c) That the defendants be permitted to file a typewritten brief or briefs on or before December 4, 1972, and to file said brief or briefs in printed form as soon thereafter as possible; and

(d) That the case be assigned for argument in the December Term, 1972.

The above dates are subject to modification by order of the Chief Justice.

*Joseph P. Flynn,* for the plaintiffs Caldwell, Alfano, Ratchford and Ajello.

*John D. Mahaney,* corporation counsel, for the plaintiff city of Waterbury.

*Thomas F. Keyes,* for the plaintiff city of New Haven.

*Barney Lapp,* assistant atttorney general, and *Robert K. Killian,* attorney general, for the defendants Meskill, Schaffer and Agostinelli.

*Clement J. Kichuk,* assistant attorney general, and *Robert K. Killian,* attorney general, for the defendant Wood.

*Richard R. Stewart,* for the intervening defendants Collins and Ives.

Submitted November 7—decided November 8, 1972